**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 7 |
| BABYLON HEALTHCARE INC. | ) Case No. 23-11128 (___) |
| Debtor.[1] | ) |

**DECLARATION CONCERNING CREDITOR MATRIX**

I, Paul-Henri Ferrand, Director of the above-captioned debtor (the "**Debtor**"), declare under penalty of perjury that I have reviewed the Creditor Matrix submitted herewith, pursuant to Rule 1007-2 of the Local Rules of Bankruptcy Practice and Procedure for the United States Bankruptcy Court for the District of Delaware, containing the complete list of creditors of the Debtor, and hereby verify that the information contained therein is complete, true and correct to the best of my knowledge.

The information contained in the Creditor Matrix is based on a review of the Debtor's books and records; the Debtor has not completed a comprehensive legal and/or factual investigation with regard to possible defenses to any claims of the potential claimants included in the Creditor Matrix. In addition, certain of the entities included in the Creditor Matrix may not hold outstanding claims as of the date hereof, and thus may not be creditors of the Debtor for purposes of this chapter 7 case, but are included herein for notice purposes out of an abundance of caution. Therefore, the Creditor Matrix does not, and should not, be deemed to constitute: (1) an acknowledgement that any person or entity listed currently holds a claim against the Debtor; (2)

---

[1] The last four digits of the Debtor's tax identification number are 8846. The main address of the Debtor is 2500 Bee Cave Road, Building 1 Suite 400, Austin, TX 78746.

an acknowledgement of the allowability, in whole or in part, of any claim asserted by any person or entity listed; or (3) a waiver of any right or legal position of the Debtor.

Date:   August 9, 2023                                         Babylon Healthcare Inc.

                                                               */s/   Paul-Henri Ferrand*
                                                               Paul-Henri Ferrand
                                                               Director

| Name | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|
| Academy of Nutrition and Dietetics | 120 SOUTH RIVERSIDE PLAZA | Suite 2190 | Chicago | IL | 60606 |
| ACEA | 71 Commercial St #44 | | Boston | MA | 02110 |
| Adams, Keanu | 131 Herzl St. | | Brooklyn | NY | 11212 |
| Akinyemi, Elizabeth | 1166 Sterling Place | Apt. #1 | Brooklyn | NY | 11213 |
| Allen, Jennifer Kruse | 704 Questover Dr | | Carthage | IL | 62321 |
| Allnutt, Charles Michael | 10700 Superview Drive | | Austin | TX | 78736 |
| Alme, Sarah Beth | 110 San Antonio St | #2420 | Austin | TX | 78701 |
| Alofoje, Hezekiah | 6910 Windhaven Parkway | Unit 312 | The Colony | TX | 75056 |
| Alvarado, Victor Manuel | 1900 Willow Creek Dr | Apt 104 | Austin | TX | 78741 |
| Alvarez, Esther Katherine | 8819 Belmont Street | | Bellflower | CA | 90706 |
| Anaya-Prado, Maximiliano | 10100 Desert Wind Drive | | Las Vegas | NV | 89144 |
| Anderson, Ian R | 606 Kiwi Ct | | Oswego | IL | 60543-4008 |
| Andrea Feinberg, MD | 12121 Foothill Lane | | Los Altos Hills | CA | 94022 |
| Anguiano, Juan Jesus | 304 E. William Cannon Dr | Apt 6302 | Austin | TX | 78745 |
| Antoine, Jasmine Monique | 4350 Merrigold Way | | Fairburn | GA | 30213 |
| Araujo, Israel | 1233 Tudor House Road | | Pflugerville | TX | 78660 |
| Argerich, Jessica | 32717 Bullard Street | | Menifee | CA | 92584 |
| Armstrong, Susan | 10407 Heathside Way | | Rockville | MD | 20854 |
| Asif, Tallah | 192 West 4th Street | | Deer Park | NY | 11729 |
| Athenahealth, Inc - Direct Debit | 311 Arsenal Street | | Watertown | MA | 02472 |
| Azeem, Burhan | 295 Windsor #4 | | Cambridge | MA | 02139 |
| Baguena, Elisa Maria | 415 West Henry Avenue | | Tampa | FL | 33604 |
| Baidoo, Aaron | 195 Barshay Drive | | Covington | GA | 30016 |
| Baker, Patricia Mae | 2520 Lexington Drive | | Jefferson City | MO | 65109 |
| Bakos, Robert | 1261 Spring Valley Drive | | Carol Stream | IL | 60188 |
| Balazovic, Tricia Lynn | 4912 Lyndale Avenue South | | Minneapolis | MN | 55419 |
| Baptiste, Jennifer | 15 Lakeshore Road | | Natick | MA | 01760 |
| Barton HealthCare Staffing | 300 Jubilee Dr | | Peabody | MA | 01960 |
| Beckem, Lauren A | 5643 Flagstaff Pines Dr | Unit 9 | Shelby Township | MI | 48317 |
| Beecher Carlson | 100 South Crest Drive, Lockbox 116531 | | Stockbridge | GA | 30281 |
| Behjati, Alexander | 47 Cooper Street | APT 3A | New York | NY | 10034 |
| Bein, Dana | 173 Hampshire St, #4 | | Cambridge | MA | 02139 |
| Bennett, Ariana Trop | 1432 W Chestnut St | Apt 2 | Chicago | IL | 60642 |
| Bennett, Jeffrey George | 243 Warwick Rd | | Kenilworth | IL | 60043 |
| Bernhardt, Michael Karl | 515 Territory Trail | | Cedar Park | TX | 78613 |
| Bickford, Teri | 10709 Pall Mall Drive | | Austin | TX | 78748 |
| Billings, Marshayla Nicole | 20608 Woodvine Ave | | Pflugerville | TX | 78660 |
| Bishop, Sarah Marie | 8530 N. Audubon Dr. | | Hayden | ID | 83835 |
| Bitner, Melissa Zahn | 6525 Whitemarsh Valley Walk | | Austin | TX | 78746 |
| Blair, Samantha | 490 Grand Valley Drive | | Grand Junction | CO | 81504 |
| Bodur, Ceylan | 154 North 7Th Street Apt 406 | | Brooklyn | NY | 11249 |

**Creditor Matrix**

| Name | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|
| Bokor, Jana | 2344 Fountain Gate Dr | | Little Elm | TX | 75068 |
| Brandman, Deleys | 2830 Glendessary Lane | | Santa Barbara | CA | 93105 |
| Brennan, Keyton Kosek | 2316 NE Park Dr | | Issaquah | WA | 98029 |
| Bright, Jackie | 2532 Sanford Drive | | Rescue | CA | 95672 |
| Briscoe, Chad | 1103 Perchville Road | | Eunice | LA | 70535 |
| Brown, William Michael | 1820 Centennial Way | | Escondido | CA | 92026 |
| Bryant, Amber Rene | 1184 Choctaw Ridge Dr | | Holts Summit | MO | 65043 |
| Buddington, Jessica Joy | 1465 Raintree Drive | Apt F | Roswell | GA | 30076 |
| Bunten, Mick James | 2574 3rd Avenue West | | Seattle | WA | 98119 |
| Burnham, Christopher | 308 West 2nd Street | | Erie | PA | 16507 |
| Butler, Christina | 3903 Moss Road | | Chattanooga | TN | 37406 |
| Byars, Hannah | 915 West Peachtree St. Nw | Unit 13104 | Atlanta | GA | 30309 |
| Byas, Laura Suzanne | 2408 Wooded Acres Drive | | Waco | TX | 76710 |
| Bybee, Carolyn F | 101 Highway B | | Montgomery City | MO | 63361 |
| Byrn, Mark | 8404 Bargamin Dr | | Austin | TX | 78736 |
| Campbell, Jessica | 3 Fox Run Drive | | Newburyport | MA | 01950 |
| Carbonell, Christopher Alexander | 2 Rombout Avenue | | Beacon | NY | 12508 |
| Cardenas, Andrea Natalie | 2203 Delia Ave | | Brownsville | TX | 78526 |
| Carig, Danielle | 3626 Tripoli Cove Avenue | | Las Vegas | NV | 89106 |
| Carrigee, Mary | 614 La Maison Road | | Duson | LA | 70529 |
| Carro, Adriana Luisa | 1811 Jackson Street | | Scranton | PA | 18504 |
| Carter, Virginia Ann | 33 Robin Drive | | Cape May Court House | NJ | 08210 |
| Casarez, Erik | 3810 Southway Dr | Apt 104 | Austin | TX | 78704 |
| Castellano, Vera | 14 Whipple Road | | Pequannock Township | NJ | 07444 |
| Castro, Fabiola | 15409 Ora Lane | | Pflugerville | TX | 78660 |
| Chahil, Hardeep Singh | 1325 Rosebush Rd | | Aubrey | TX | 76227 |
| Chang, Jordan | 1414 S. Lamar Blvd | Apt 510 | Austin | TX | 78704 |
| Chang, Matthew Douglas | 126 Cricket Drive | | Malvern | PA | 19355 |
| Chen, Andrew | 1053 LeGrande Avenue | | Aurora | IL | 60506 |
| Cherryhomes, Tammie Kay | 10207 East Pike Drive | | Inverness | FL | 34450 |
| Chess Healthcare | 165 Kimel Park Dr Suite B | | Winston-Salem | NC | 27103 |
| Cheuk, Naomi | 102 Galer Street | Unit 102 | Seattle | WA | 98109 |
| Chin, Jiunn Hau | 3103 Riseview Lane | | Philadelphia | PA | 19125 |
| Chu, Danny | 7206 Crandower Court | | Austin | TX | 78741 |
| Cibrian-Gomez, Lynn | 2334 Presidio Lane | | Santa Rosa | CA | 95403 |
| Cichelli, Rebecca Mae | 23 Appian Village Court | | El Sobrante | CA | 94803 |
| Cini, Brittney Laine | 112 Orvieto Lane | | Liberty Hill | TX | 78642 |
| Cisneros, Brianna Kay | 429 College Avenue | Apt 337 | Fort Worth | TX | 76104 |
| Clark, Amber | 1404 Jenkins Bend | | Austin | TX | 78748 |
| Coffee With America | 2030 Powers Ferry Road SE, Suite 400 | | Atlanta | GA | 30228 |
| Coleman, DeSaree | 4905 Palo Blanco Dr | Apt 9103 | Fort Worth | TX | 76109 |


## Creditor Matrix

| Name | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|
| Collado, Morgan | 9522 Quail Ct | | Austin | TX | 78758 |
| Collier, Samuel James | 3510 Lakeland Drive | | Austin | TX | 78731 |
| Cook, Zachary A | 205 Rush Street | | Roselle | IL | 60172-2224 |
| Cooley, Philishia Nicole | 3000 Cumberland Club Dr | Apt 2705 | Atlanta | GA | 30339 |
| Cooley, Sonya Sharee | 2123 W. Edgewood Dr. | | Jefferson City | MO | 65109 |
| Coon, Molly Elizabeth | 13104 Winecup Mallow Trail | | Elgin | TX | 78621 |
| Coyle, Amanda | 1207 12th St | | Clay Center | KS | 67432 |
| Cross, David Patrick | 11421 Pyreneese Dr | | Austin | TX | 78759 |
| Crowe, Christina Marie | 3023 Parkway Blvd | | Allentown | PA | 18104 |
| Crowley, Elizabeth Ann | 23 Hilltop Dr | | Marmora | NJ | 08223 |
| Crystal Gilliland | 931A Cambridge Dr | | Sikeston | MO | 63801 |
| CSC Global | 251 Little Falls Drive | | Wilmington | DE | 19808 |
| Cu, Aimee Cherie | 105 Fannin Battleground Ln | | Georgetown | TX | 78628 |
| CyraCom, LLC | 2650 E. Elvira Road, Suite #132 | | Tucson | AZ | 85756 |
| Dailey, Anja | 4840 Joyful Way | Apt O | Ellicott City | MD | 21043 |
| Danielle Bellerose | 652 Spring St Apt D | | Cape Girardeau | MO | 63701 |
| Darragh, Leila Esperanza | 5200 Blue Ridge Court | Apt # 5232 | Wallington | NJ | 07057 |
| Davis, Mia | 10605 Albury Dr #C | | Houston | TX | 77096 |
| Day, Danielle Renee | 2144 E. Republic Rd | A210 | Springfield | MO | 65804 |
| Deane, David | 209 Transylvania Ave | | Raleigh | NC | 27609 |
| Dearfield, Molly Renae | 10733 Preston Drive | | Indianapolis | IN | 46236 |
| Debreceni, Megan | 316 Danville Drive | | Williamstown | NJ | 08094 |
| Debuka, Anshul | 4411 Oleander Street | | Bellaire | TX | 77401 |
| Deike, Theresa Marie | 208 Highland Oaks Dr | | Leander | TX | 78641 |
| Delaney, Dominique | 3901 N. I 10 Service Rd W | Apt. D329 | Metairie | LA | 70002 |
| Dempsey, Georgia | 90 Kirk Corners | | Harwood | TX | 78632 |
| den Boggende, Alexis | 82 Raleigh Tavern Lane | | North Andover | MA | 01845 |
| Denison, Thomas Scott | 610 Auburn Ave | | Sierra Madre | CA | 91024 |
| Denysenko, Sonya | 1673 Edgemere Drive | | Rochester | NY | 14612 |
| Dicks, Marcelline Abraham | 811 Encinita Drive | | Leander | TX | 78641 |
| DocStar Medical Partners | 560 village Blvd, suite 260 | | West Palm Beach | FL | 33409 |
| Dominics, Brittany | 1301 Crossing Place | Apt 533A | Austin | TX | 78741 |
| Donovan, Margaret M | 2105 Woodbourne Avenue | | Louisville | KY | 40205 |
| Dorset, Brittny | 161-25 Jewel Ave | Apt.# 6C | Fresh Meadows | NY | 11365 |
| Douglas, Tranell | 2627 Field Spring Drive | | Lithonia | GA | 30058 |
| Dunkelberger, Greg | 8700 Brittany Park Dr | | Sacramento | CA | 95828 |
| Durke, Ashli | 10015 Janet Loop | | Dripping Springs | TX | 78620 |
| Ealey, Ain Talibah | 845 Regal Lane | | Atlanta | GA | 30331 |
| East, David | 1025 County Road 127 | | Tuscola | TX | 79562 |
| Ebratt, Debbie | 10178 Sweetgrass Circle | 104 | Naples | FL | 34104 |
| Edwards, Vanessa | 314 Greenhill Street | | Glenn Heights | TX | 75154 |

# Creditor Matrix

| Name | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|
| Edwardson, Kilena Pauline | 809 8th Avenue Northeast | | Lonsdale | MN | 55046 |
| Ekorikoh, Equere | 20142 Oregon Trail | | Olympia Fields | IL | 60461-1151 |
| Elizaga, Marinella Rose | 3151 Arsenal St | Apt A | Saint Louis | MO | 63118 |
| Enobakhare, Efehi Henrietta | 1013 Champlain Dr | | Brownsville | TX | 78526 |
| Erickson, Susan | 1711 Schieffer Avenue | | Austin | TX | 78722 |
| Eubanks, Keimon | 545 Coliseum Boulevard | | Montgomery | AL | 36109 |
| Fallahi, Arezoo | 5604 Woodrow Ave | 10 | Austin | TX | 78756 |
| FasPsych, LLC | 8687 E Via De Ventura, Suite 310 | | Scottsdale | AZ | 85258 |
| Felten, Holly | 831 Pin Oak Circle | | Cary | IL | 60013 |
| Fidelis | 25-01 Jackson Avenue | | Long Island City | NY | 11101 |
| Fidelis Group Incorporated | 223 Gates Rd, Unit A | | Little Ferry | NJ | 07643 |
| Fields, Christopher | 12000 S Ih 35 Unit 9102 | | Austin | TX | 78747 |
| Fionda, Taylor Marie | 18169 Knobstone Way | | Westfield | IN | 46074 |
| FirstLayerAI Inc. ( Medallion) | 2261 Market Street #4084 | | San Francisco | CA | 94114 |
| Flores, Delfino | 550 Acacia Pkwy | | Spring Branch | TX | 78070 |
| Flowers, Kristen Jeanette | 1401 Hesters Crossing Rd | Apt 6106 | Round Rock | TX | 78681 |
| Foote, Kelsi | 1205 E. 4th St. | | Casa Grande | AZ | 85122 |
| Ford, Ebony | 2601 Scofield Ridge Pkwy | Apt 718 | Austin | TX | 78727 |
| Foster, Christina | 1820 Morts Place | | Manchaca | TX | 78652 |
| Foster, Megan Marie | 1620 East Riverside Drive | #4027 | Austin | TX | 78741 |
| Fountain, Shania | 369 Plymouth Rock Pl | Apt.369 | Apopka | FL | 32704 |
| French, Traci Lynne | 3809 S General Bruce Dr #103 | | Temple | TX | 76502 |
| Fretwell, Amanda Kirsten | 2809 W William Cannon Dr | Apt A202 | Austin | TX | 78745 |
| Furgison, Adam Joseph | 188 Hot Spring Vly | | Buda | TX | 78610 |
| Gatsby, Shawn | 21515 Santa Elena Circle | | Lago Vista | TX | 78645 |
| Gayurzoda, Amirkhamzai A | 241 West 109th Street | 1A | New York | NY | 10025 |
| Gilbert, Dwan Elaine | 926 Falling Creek Drive | | Macon | GA | 31220 |
| Gillespie, Meghan K | 1016 W Hays St | Unit 3 | Boise | ID | 83702 |
| Gilliard, Daedra Michelle | 1899 Oracle Way | #433 | Reston | VA | 20190 |
| Gitterman, Shana Vigil | 277 Avenue C | Apt 4D | New York | NY | 10009 |
| Glass, Anjelica | 113 U G A Drive | | Blairsville | GA | 30512 |
| Glazier, Lili Kathryn | 7950 Sycamore Road | | Indianapolis | IN | 46240 |
| Gonzalez, Lidia | 8526 Gablebend Way | | Tampa | FL | 33647 |
| Gonzalez, William | 863 Timber Isle Drive | | Orlando | FL | 32828 |
| Goodwine, Spencer D | 1840 W Superior St | | Chicago | IL | 60622 |
| Gordon, Dey | 6208 Northern Dancer Drive | | Austin | TX | 78746 |
| Gould, Bree Laryn | 3 Lackawanna Trail | | Suffern | NY | 10901 |
| Gould, William | 4055 North Recker Rd | Unit 53 | Mesa | AZ | 85215 |
| Gour, Lovish | 8844 SW 72nd St | Apt- i 154 | Miami | FL | 33173 |
| Graham, Denise Fae | 6 Bal Harbor Ct. | | Saint Charles | MO | 63304 |
| Granskie, Jamie | 676 N LaSalle Dr | #318 | Chicago | IL | 60654 |


# Creditor Matrix

| Name | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|
| Gray, Camille Arielle | 12220 Hunters Chase Drive | Apt 5302 | Austin | TX | 78729 |
| Guerrera, Michelle Fay | 570 Ft Washington Ave | Apt 55B | New York | NY | 10033 |
| Gupta, Umang | 4643 Lindell Boulevard | Apt 608 | St. Louis | MO | 63108 |
| Gutierrez, David Hiram | 6903 Painter Way | | San Antonio | TX | 78240 |
| Hagans, Maiya Janae | 2209 W Pflugerville Pkwy | Apt 13305 | Pflugerville | TX | 78664 |
| Halapeti, Nikita | 1145 Museum Boulevard | Apt 313 | Vernon Hills | IL | 60061 |
| Halik, Amy S | 814 South Prospect Avenue | | Elmhurst | IL | 60126 |
| Hallsey, Matthew | 6237 Hampton Chase Drive | | Clemmons | NC | 27012 |
| Hamilton, Shaniya | 911 Old Orchard Drive | | Lufkin | TX | 75901 |
| Hardin, Wendi | 311 N. Walnut St. | | Marshfield | MO | 65706-2320 |
| Hargat, Stephanie | 3520 Chervil Drive | | Saint Charles | MO | 63303 |
| Harris, Christopher Louis | 2276 Hat Bender Loop | | Round Rock | TX | 78664 |
| Harrison, Jennifer Lea | 3823 Campfire Dr. | | Cedar Park | TX | 78613 |
| Harter, Vicki Lynn | 6118 Poplar Path | | Elizabethtown | PA | 17022 |
| Hawks, Lisa Nicole | 7420 Cornell Avenue | | Saint Louis | MO | 63130 |
| Hazelwood, Kelsey | 86 Liberty Court | | Galloway | NJ | 08205 |
| Heinen, Tyler | 2137 North Leavitt Street | BSMT B | Chicago | IL | 60647 |
| Heredia, David Aleem | 1611 West 5th Street | Apt 437 | Austin | TX | 78703 |
| Hernandez, Meliza | 3424 Warwick Way | | Snellville | GA | 30039 |
| Herrera, Sandra | 2718 Spring Canyon Ct. | | Houston | TX | 77067 |
| Hickman, Brett | 2720 East 550N | | Greenfield | IN | 46140 |
| Hillman, Samantha Marie | 2200 N White Ave #159 | | Pomona | CA | 91768 |
| Hilt, Aimee Renee | 6802 County Road 1120 | | West Plains | MO | 65775 |
| Hisey, Isaac | 355 Mary Alice Dr | | Winder | GA | 30680 |
| Hodess, Jeremy | 414 Country Oak Drive | | Chesterfield | MO | 63017 |
| Holt, Veronica Allison | 8408 Orizzonte St | | Austin | TX | 78744 |
| Howell, Dustin Michael | 4951 Toll bridge Rd | | Belton | TX | 76513 |
| Hoyles, Khianti | 1113 21St Ne | Apt 304 | Washington | DC | 20002 |
| Hubbard, Nicole Megan | 27167 North 86th Lane | | Peoria | AZ | 85383 |
| Huckeba, Cory J | 1455 Spring Rd SE | Apt 515 | Smyrna | GA | 30080 |
| Humphries, Kathy J | 4103 Green Vista Place | | Round Rock | TX | 78665 |
| Huynh, Nancy | 7212 Cordoba Drive | | Austin | TX | 78724 |
| iHeartMedia | 20880 Stone Oak Pkwy | | San Antonio | TX | 78258 |
| Jabalera, Favian | 316 Calle Del Rey SW | | Albuquerque | NM | 87121 |
| Jackie Bright Consulting Services | 2532 Sanford Drive | | Rescue | CA | 95672 |
| Jackson & Coker | 2655 Northwinds Pkwy | | Alpharetta | GA | 30009 |
| Jackson, Casie | 114 County Rd 4721 | | Castroville | TX | 78009 |
| Jackson, Jade | 715 Rigby Avenue | | Cambridge | MD | 21613 |
| Janhavi, Fnu | 270 Van Wagenen Avenue | | Jersey City | NJ | 07306 |
| Jenkins, Lauren Ashleigh | 2985 Harbor Lights Drive | | Nashville | TN | 37217 |
| Jetcheva, Ekaterina | 21025 East Crestline Pl | | Centennial | CO | 80015 |

# Creditor Matrix

| Name | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|
| Jindal, Sonali | 1832 Spoonbill Drive | | Little Elm | TX | 75068 |
| Joe Hagen | 10225 Copper Ridge Cove | | Austin | TX | 78747 |
| Johnsey, Brian | 195 Fernly Park Drive | | Johns Creek | GA | 30022 |
| Jones, Auna | 5171 Evergreen Road | | Joplin | MO | 64801 |
| Jones, Eboni Davis | 3810 Lake Haven Way | | Atlanta | GA | 30349 |
| Kamdar, Purvi | 155 East 31st Street | Apt. 28H | New York | NY | 10016 |
| Kangombe, Janise | 120 Beach 26th Street | APT 613 | Queens | NY | 11691 |
| Karim, Remona | 2708 Mazaro Way | | Round Rock | TX | 78665 |
| Karmacharya, Prasoon | 50 West Broadway | Apt 424 | Boston | MA | 02127 |
| Kasiura, Daryna | 340 East North Water St | Unit 1611 | Chicago | IL | 60611 |
| Kavoussi, Rebecca Gietty | 11744 Exeter Ave Ne | | Seattle | WA | 98125 |
| Keefer, Julia Marie | 101 2nd Street | Unit #301 | Petaluma | CA | 94952 |
| Kelpin, Heather Dawn | 204 West Roycroft Court | | Coeur d'Alene | ID | 83815 |
| Kennedy-Laverty, Sean | 12210 Tampico Cove | | Austin | TX | 78748 |
| Kernizan, Yves Dumont | 216-14 118th Avenue | | Cambria Heights | NY | 11411 |
| Khouri Melki, Michelle | 15 East 10th Street | Apt 2C | New York | NY | 10003 |
| Kidd, Grant William | 1518 Scenic Club Drive | | Cary | NC | 27519 |
| Kierstein, Shauna | 3222 North Francisco Ave | Apt 2 | Chicago | IL | 60618 |
| Kim, Binna | 4424 Jackson Avenue | Apt 336 | Austin | TX | 78731 |
| Kliesmet, Caitlin Elise | 6000 Seville Dr | | Austin | TX | 78724 |
| Knighton, Sean Elliott | 240 E 1St Ave | Po Box 1420 | Afton | WY | 83110 |
| Korman, Katherine | 5825 West Rowland Avenue | | Littleton | CO | 80128 |
| Kos, Jacobus Peter | 944 Yosemite Drive | | Hanford | CA | 93230 |
| Kravets, Kamilla | 7729 138Th St Apt D | | Flushing | NY | 11367 |
| Kuschel, Kenneth Wayne | 711 Crestview Drive | | Monett | MO | 65708 |
| Kuton, Seise | 200 Cole Street | Apt D346 | Princeton | TX | 75407 |
| LaCasha, Ann Marie | 311 West Harris Avenue | | La Grange | IL | 60525 |
| Lai, Phillip | 1405 Larkwood Drive | | Austin | TX | 78723 |
| Lakis, Brandy | 1251 North Clark Street | | Los Angeles | CA | 90069 |
| Larose, Caitlin Eileen | 338 Lake Washington Drive | | Chepachet | RI | 02814 |
| Leahy, Dakota | 23957 Southeast 8th Place | | Sammamish | WA | 98075 |
| Lee, Alex | 42-09 216 Street 3rd Floor | | Bayside | NY | 11361 |
| Leger, Tessa | 6701 Sabrina Dr. | | Austin | TX | 78747 |
| Leggett, Tomera | 4515 Rose Ridge Place | | Charlotte | NC | 28217 |
| Leng, DeeDee | 1919 Spice Circle | | Naperville | IL | 60565 |
| Lewis, Nicole Marie | 7220 Normandy Way | | Indianapolis | IN | 46278 |
| Li, Kexin | 14200 The Lakes Blvd #624 | | Pflugerville | TX | 78660 |
| Ligammare, Steven Charles | 613 Brenda Lee Drive | | San Jose | CA | 95123 |
| Lillehei, Kaila | 5345 DuPont Ave S | | Minneapolis | MN | 55419 |
| Lindsay, Nikita | 252 Belchertown Road | | Ware | MA | 01082 |
| Lopez, Esteban | 6817 West Avenue | | San Antonio | TX | 78213 |

**Creditor Matrix**

| Name | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|
| Lopez, Irene Zapata | 394 Walter Hoffman Rd | | Cedar Creek Rd. | TX | 78612 |
| Lorenzo, Christina | 276 Harvest Drive | | Hayden | CO | 81639 |
| Lovell, Tearka | 433 Moorhen Cv | | Leander | TX | 78641 |
| Loving, Teona | 553 Woodall Road | | Stockbridge | GA | 30281 |
| Lucas, Brandon | 13300 Atlantic Boulevard | Apt 620 | Jacksonville | FL | 32225 |
| Lucas, Monique | 10301 Windtree Lane | | Charlotte | NC | 28215 |
| Lucas, Peter | 10191 Ne Beach Crest Dr | | Bainbridge Island | WA | 98110 |
| Luisi, Peter | 560 American Avenue | A307 | King Of Prussia | PA | 19406 |
| Lund, Peggy | 23159 Amgci Way | # 202 | Estero | FL | 33928 |
| Lutman, Julie Diane | 4947 Brighton Ave | | San Diego | CA | 92103 |
| Macias, Laura | 135 Dixon Rd | | Eden | NC | 27288 |
| Marchand, Nathalie Elizabeth | 74 Massachusetts Avenue | | Boston | MA | 02026 |
| Marentes, Anita Jimmie Del | 2120 Eucariz Ave | SW | Albuquerque | NM | 87105 |
| Marichalar, Marcella Marina | 10837 Olympia Fields Loop | | Austin | TX | 78747 |
| Marissa Castrigno | 723 Chestnut Street, Apt B | | Wilmington | NC | 28401 |
| Mark, Darian Destyne-Amina | 3218 Gonzales St. Apt #1262 | | Austin | TX | 78702 |
| Marks, Karen | 384 Oak Meadow Dr | | Jackson | MO | 63755 |
| Marsden, David | 1119 Stephanie Lee Ln | | Austin | TX | 78753 |
| Martin, Kenneth A | 1543 Clifftop Ave | | San Marcos | CA | 92078 |
| Martinez, Arthur | 13108 Winecup Mallow Trl | | Elgin | TX | 78621 |
| Martin-Ruiz, Delylah | 1400 East Cameo Ln | Unit 1421 | Knightdale | NC | 27545 |
| Massa, Kara | 1197 East Paris AVE SE | | Grand Rapids | MI | 49546 |
| Matheis, Susan | 6101 Colorado Avenue | | St. Louis | MO | 63111 |
| Mathews, Leslie | 5140 Post Rd Pass | | Stone Mountain | GA | 30088 |
| Mathur, Divesh Chand | 5766 Owl Hill Ave | | Santa Rosa | CA | 95409 |
| Matt Talese | 615 West 7th Street, Apt. 2109 | | Austin | TX | 78701 |
| Mazak, Kaden Larsen | 523 Mason Street | | Altamonte Springs | FL | 32701 |
| McChristion, Farlisha D | Po Box 170865 | | Austin | TX | 78717 |
| McCracken, Taylor Rebecca | 3016 Ruth Street | | Durham | NC | 27704 |
| McCrossan, Kimberly Ann | 600 Georges Lane | | Ardmore | PA | 19003 |
| McEntire, Amber Jean | 117 Morningside Dr | | Camilla | GA | 31730 |
| McGrew, Andrea Nichole | 1217 S Main Street | | Carthage | MO | 64836 |
| Mcilwain, Defonza Maurice | 213 Prospector Lane | | Liberty Hill | TX | 78642 |
| McLaughlin, Michael Sean | 2138 W Pierce Ave | Apt 2R | Chicago | IL | 60622 |
| MediaAssociates, Inc | 75 Glen Rd. | | Sandy Hook | CT | 06482 |
| MED-LINK STAFFING, INC. | 1400 Computer Dr | | Westborough | MA | 01581 |
| Melton, Kylie | 716 N Mill St | | Festus | MO | 63028 |
| Midwest Health Connection (Velatura) | 1140 Abbott Road, Unit 1588 | | East Lansing | MI | 48826 |
| Miguel, Gregor M | 3981 H Street | | Sacramento | CA | 95819 |
| Moloney, Blake | 106 Johnson Road, #1 | | Falmouth | ME | 04105 |
| Mondejar, Teofilo | 184 Riverhill Drive | | Georgetown | TX | 78628 |

**Creditor Matrix**

| Name | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|
| Moore, Chancil | 19644 Terrace Avenue | | Lynwood | IL | 60411 |
| Moore, Cheryl Ramona | 1201 Pinyon Dr | Apt 101 | Manchester | MO | 63021 |
| Moore, Lisa Kay | 5109 S Fieldstone Rd | | Battlefield | MO | 65619 |
| Morgan, Kyle | 1629 Sycamore Street | | Aubrey | TX | 76227 |
| Morris, Alyssa Lynn | 1816 Palo Duro Drive | | Odessa | TX | 79762 |
| Morrison, John | 4445 N Greenview Avenue | | Chicago | IL | 60640 |
| Morrow, Nicholas | 5057 North Kenmore Avenue | Apt 1 | Chicago | IL | 60640 |
| Moseley, Alex | 505 Silver Spring Circle | | Colorado Springs | CO | 80919 |
| Muller, Russell S | 951 Menlo Ave | Apt 5 | Los Angeles | CA | 90006 |
| Munoz, Madeline | 416 Thieriot Ave | | Bronx | NY | 10473 |
| Murphy, Kimberly | 318 Bonita Court | | Leander | TX | 78641 |
| Murray, Briana Annmarie | 1682 Dean Street | | Brooklyn | NY | 11213 |
| Nakatsu, Brett | 5020 Fauntleroy Way SW | Unit B | Seattle | WA | 98136 |
| National Committee for Quality Assurance | 1100 13th Street | NW Third Floor | Washington | DC | 20005 |
| Nelson, Kimberly Irene | 2519 W. Howesdale Ct. | | Spokane | WA | 99208 |
| Nerzig, Brian Christopher | 197 N Main St | | Reidsville | GA | 30453 |
| Neurotrack | 399 Bradford St | Suite 101 | Redwood City | CA | 94063 |
| Nguyen, Daniel Thai | 4909 North Ravenswood Ave | 1S | Chicago | IL | 60640 |
| Nguyen, Vu | 1354 Horizon Trail | | Wheeling | IL | 60090 |
| Nokeo, Cassandra | 1905 Jacey Way | | Austin | TX | 78725 |
| Norman, Ashley | 2228 Freedom Way | | Locust Grove | GA | 30248 |
| Nursestar | 560 Village Blvd | | West Palm Beach | FL | 33409 |
| O'Brien, Jacob Henry | 541 Apollo Drive | | Bethlehem | PA | 18017 |
| Odoyo, Stella | 2511 Montopolis Drive | Apt 308 | Austin | TX | 78741 |
| Offodile, Jennifer | 1818 Fannin Speedway | Apt 1253 | Houston | TX | 77045 |
| Ogbonnaya, Nmaobi | 61 Longdale Street | | Staten Island | NY | 10314 |
| O'Hehir, Michelle Mary | 200 Raymond Street | | Islip | NY | 11751 |
| Oldham, Camryn | 1009 River Hill Drive | | Spanish Fork | UT | 84660 |
| Olds, Travondrea Lanette Marcella | 1235 Maple Ace Drive | | Katy | TX | 77493 |
| Omelogu, Chelsea Ijeoma | 401 S Guadalupe St | 264 | San Marcos | TX | 78666 |
| Ornelas, Gerardo | 424 W Elm St | | Compton | CA | 90220 |
| Osman, Noor | 6502 Manor Ridge Court | | Falls Church | VA | 22043 |
| Owens, Jonathan | 6211 Cindy Lane | | Houston | TX | 77008 |
| Pagan Rolon, Nathalie Michelle | 7601 Rialto Boulevard | Apt 2426 | Austin | TX | 78735 |
| Parris, Joseph Stephen | 1100 Highridge Farms Road | | McKinney | TX | 75069 |
| Patel, Hetal | 3894 Plantation Estates Drive | | Jonesboro | AR | 72404 |
| Patel, Hitesh | 3137 North Karlov Avenue | | Chicago | IL | 60641 |
| Patel, Nikunj | 1875 Maine Drive | | Elk Grove Village | IL | 60007 |
| Patel, Sulaiman Sadiq | 19012 Bear Grass Drive | | Elgin | TX | 78621 |
| Paveletz, David | 10 Rickland Drive | | Sewell | NJ | 08080 |
| Pearl Williams | 4213 Apple Cir | | Conley | GA | 30288 |



**Creditor Matrix**

| Name | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|
| Peebles, Niani | 145 Kensington Avenue | Apt. B2 | Jersey City | NJ | 07304 |
| Peirano, Daniel Peter | 10050 Great Hills Trail | #1623 | Austin | TX | 78759 |
| Pengelly, Brian McHugh | 1216 E Cumberland Ave. #217 | | Tampa | FL | 33602 |
| Peschel, James Calvin | 2228 Zach Scott St | | Austin | TX | 78723 |
| Pettit, Maegan | 15 Ginger Trail | #11 | Bloomington | IL | 61705 |
| Pinion, Victor Brasier | 2909 East 13th Street | UNIT 2 | Austin | TX | 78702 |
| Pink, Cassandra Denise | 19314 Peach Valley Cir | | Houston | TX | 77084 |
| Pirozzi, Desiree | 67 Hopkinson Avenue | | Piscataway Township | NJ | 08854 |
| PointHR Incorporated | 3535 Firewheel Dr, Ste B | | Flower Mound | TX | 75028 |
| Porter, Allen Robert | 6 Wilde Avenue | | Drexel Hill | PA | 19026 |
| Powell, James Edward | 2400 Douglass Glen Lane | | Franklin | TN | 37064 |
| Powell, Monique | 1153 E 99th St | | Brooklyn | NY | 11236 |
| Powers, Nathan | 12913 Powderhorn St | | Austin | TX | 78727 |
| Pozharova, Mariya | 1908 Nelson Ranch Loop | | Cedar Park | TX | 78613 |
| Presbyterian | 8300 Constitution Ave NE Bldg D | | Albuquerque | NM | 87110 |
| Proctor, Page C | 1834 Conejo Lane | | Fullerton | CA | 92833 |
| ProgenyHealth | 450 PLYMOUTH RD | SUITE 200 | Plymouth | PA | 19462 |
| Pullins, Angelica | 4502 Sylvia Dr. Apt. A | | Killeen | TX | 76549 |
| Quinones, Davette Yvonne | 464 Ocate Mesa Trail | | Liberty Hill | TX | 78642 |
| Rahhal, Kathryn | 20 Evergreen Ave | | Braintree | MA | 02184 |
| Rangel, Lorenzo Juan | 1687 Mountain Song Ct | | Henderson | NV | 89074 |
| Ravas, Kelly | 9526 Monaco Circle | | Gulf Breeze | FL | 32566 |
| Raza, Anum Syed | 28-47 35Th Street | Apt 2 | Astoria | NY | 11103 |
| Redox engine | 2020 Eastwood Dr | | Madison | WI | 53704 |
| Reid, Lelia D | 230 Sierra Lane | | Waycross | GA | 31503 |
| Reyes, Davidson | 525 W 169Th | Apt 1B | New York | NY | 10032 |
| Rhine, Lewis | 1332 6th Ave | | Moline | IL | 61265 |
| Riley, Beverly Kay | 4542 Jarboe St. Apt 4 | | Kansas City | MO | 64111 |
| Rivera, Brittani | 17016 Bridgefarmer Blvd | | Pflugerville | TX | 78660 |
| Rivera, Gabriel | 649 W. Babcock Ave | | Elmhurst | IL | 60126 |
| Rivera, Manuel G | 35 Legend Hills Drive | | Edgewater | NJ | 07020 |
| Roach, Kendall Leah | 705 Cardinal St | | Jefferson City | MO | 65101 |
| Roach, Wesley | 800 W 38Th St | Apt 12305 | Austin | TX | 78705 |
| Rodges, Alexis Nicole | 20711 Woodburn Dr | | Southfield | MI | 48075 |
| Rodriguez, Angelica Maria | 1310 Shelby Street | | Houston | TX | 77009 |
| Rodriguez, Gabriel | 3044 Coral Sky | | Seguin | TX | 78155 |
| Rogde, Haley Lynn | 809 South Lamar Boulevard | Apt 246 | Austin | TX | 78704 |
| Romero, Ahtziri | 1874 Willowbrook Lane | | Perris | CA | 92571 |
| Romero, Andrew | 3300 Werner Avenue | | Austin | TX | 78722 |
| Rosales, Pablo Joel | 9201 Simmons Rd. | #116 | Austin | TX | 78759 |
| Rose, Kelly Lynn | 123 Lavinia St. | | Jefferson City | MO | 65109 |

**Creditor Matrix**

| Name | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|
| Rowe, Terri | 10012 Boston Harbor Drive | | Providence Village | TX | 76227 |
| Salinas, Jeannyn Marie | 5262 Eagle Dale Avenue | | Los Angeles | CA | 90041 |
| Samira Kamrudin | 1400 Charlotte Way | | Carrollton | TX | 75007 |
| Santee, Sydney Nicole | 4052 Longfellow Drive | | Nashville | TN | 37214 |
| Satterfield, Tracy | 10523 Vista View Dr | | Louisville | KY | 40291 |
| Saunders, Rachel | 3300 Wells Branch Parkway | Apt 11312 | Austin | TX | 78728 |
| Schaefer, Jordan | 18371 Edinbrook Lane | | Westfield | IN | 46074 |
| Schell, Timothy | 237 Duffield St. | Apt. 8D | Brooklyn | NY | 11201 |
| Schlossman, Derek | 26615 Swan Lane | | Canyon Country | CA | 91387 |
| Schmidt, Nancy Marie | 3109 Glenstone Dr | | Jefferson Cty | MO | 65109 |
| Schroeder, Kelly | 1019 West Lake Street | | Chicago | IL | 60607 |
| Schweikert, Morgan | 2643 Hemmerle Road | | Ambridge | PA | 15003 |
| Schwent, John Thomas | 14 Howe Crossing | | Festus | MO | 63028-4045 |
| Searfoss, Michael Glynn | 3976 Dove Street | | San Diego | CA | 92103 |
| Secured Signing Inc. | 800 W. El Camino Real | | Mountain View | CA | 94040 |
| Seiders, Amy | 2314 Stone Bridge Drive | | Arlington | TX | 76006 |
| Semrush | 800 Boylston St Suite 2475 | | Boston | MA | 02199 |
| Sendbird | 400 1st Ave | | San Mateo | CA | 94401 |
| SentryIO | 45 Fremont St, 8th Floor | | San Francisco | CA | 94105 |
| Seo, Hyun Ji | 3400 Harmon Avenue | Apt 306 | Austin | TX | 78705 |
| Serri, Dorsa Volga | 5187 Zinfandel Lane | | Vallejo | CA | 94591 |
| Shen, Mark Wayne | 6431 Williams Ridge Way | | Austin | TX | 78731 |
| Sherry, Alexander Stephen | 301 Middle Creek | | Buda | TX | 78610 |
| Sigworth, Courtney Nicole | 3906 Harvey Rd | | Bartlesville | OK | 74006 |
| Sikora, Paul | 100 Fissure Cove | | Liberty Hill | TX | 78642 |
| Silicon Valley Bank | 3003 Tasman Dr. | | Santa Clara | CA | 95054 |
| Simmons, Trimmell | 172 Okatie Park Circle West | | Ridgeland | SC | 29936 |
| Sims, Heaven Chante | 17207 Verde Park Lane | | Cypress | TX | 77433 |
| Sitka | 712 H St NE PMB 12 | | Washington | DC | 20002 |
| Siu, Betty | 135 Blackberry Road | | North Attleborough | MA | 02760 |
| Smith, Ashlee Marie | 7044 County Road 1280 | | West Plains | MO | 65775 |
| Smith, Brian Christopher | 14223 South 12th Place | | Phoenix | AZ | 85048 |
| Smith, Leigh | 223 East 89th Street | Manhattan | New York | NY | 10128 |
| Sondheimer, Scott M | 1146 Oxford Rd | | Deerfield | IL | 60015 |
| Sorensen, Samuel | 556 Bridgewater Way | | Middleton | ID | 83644 |
| Sorrell, Tracey | 204 Foster Street | | Summerville | SC | 29483 |
| Spencer, Michael Gregory | 11 Yellow Tail Cv | | Sunset Valley | TX | 78745 |
| Spooney-King, Courtney | 1206 Old Bell Lake Road | | Douglas | GA | 31535 |
| Stebbins, Gina Marie | 111 S. Riverwood Court | | Post Falls | ID | 83854 |
| Stesney, Christine | 12736 Double Eagle Drive | | Carmel | IN | 46033 |
| Stevens, Davin Gage | 17731 Handies Peak | | Helotes | TX | 78023 |


# Creditor Matrix

| Name | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|
| Stoddard, John Denham | 116 Dockside Downs Road | | Woodstock | GA | 30189 |
| Tahernia, Sanaz | 601 4th Street | Apt. 302 | San Francisco | CA | 94107 |
| Tax Agency TX | Department of the Treasury | Internal Revenue Service | Austin | TX | 73301-0014 |
| Taylor, Jeanine Rose | 7111 Robin Ln | | Jefferson City | MO | 65101 |
| Tedone, Louis | 3486 Flycatcher Way | | Duluth | GA | 30097 |
| Teng, Kathryn A | 2863 Montgomery Road | | Shaker Heights | OH | 44122 |
| Teresa Rose | 1400 West Washington Street | | Hayti | MO | 63851 |
| Tew, Elizabeth | 7486 Willow Bottom Road | | Sykesville | MD | 21784 |
| Thacker, Bethany Miriya | 9231 Barnsford Lane | | Tomball | TX | 77375 |
| Thakker, Kush | 1836 Chandolin Lane | | Elgin | IL | 60124 |
| Thompson, Jessica Erin | 4970 U.S. 64 | | Morganton | NC | 28655 |
| Tippur Gururaj, Krishna | 4600 Seton Center Parkway | APT 425 | Austin | TX | 78759 |
| Torabi, Yasaman | 218 Wicker | | Irvine | CA | 92618 |
| Trammell, Emma Anneliese | 1394 Fall Cover | | New Braunfels | TX | 78130 |
| Truong, Thomas Danh | 8051 Acacia Avenue | Spc 38 | Garden Grove | CA | 92841 |
| Tyrrell, Ashley Renee | 3310 James Ridge Dr. | | Belton | TX | 76513 |
| United Agencies | 100 North First Street Suite 301 | | Burbank | CA | 91502 |
| US Bank | 800 Nicollet Mall | | Minneapolis | MN | 55402 |
| Uy, Robert | 2670 118Th Ave Se #9-202 | | Bellevue | WA | 98005 |
| Valenzuela, Consuelo | 4700 Cromwell Drive Apartment | 2207 | Kyle | TX | 78640 |
| Vallo, Beatrice | PO Box 13 | | Isleta | NM | 87022 |
| Vargas, Chrystal | 173 Rooster Way | | Jarrell | TX | 76537 |
| Vega, Aurora | 10015 Lake Creek Parkway | Apt 327 | Austin | TX | 78729 |
| Velasco, Marie | 203 Tidewater Way | | Discovery Bay | CA | 94505 |
| Venson, Mia | 1190 Lake Point Way | | Suwanee | GA | 30024 |
| Verifiable | 9901 Brodie Ln, Suite 160 #1077 | | Austin | TX | 78748 |
| Vidal, Henry | 1320 Metcalf ave | | Bronx | NY | 10472 |
| Villanueva, Kyle | 430 East Janice Street | | Long Beach | CA | 90805 |
| Vlazny, Bret James | 44 Cocoanut Row | B-121 | Palm Beach | FL | 33480 |
| Vogrich, Allison | 452 West Armitage Avenue | Apt 2 | Chicago | IL | 60614 |
| Wade, Stephanie Eileen | 3656 Bridgeport Way West | Apt A101 | University Place | WA | 98466 |
| Wallace, Charles William | 2920 Walnut Ridge Road | | Akron | OH | 44333 |
| Watson, Riley Eiesland | 9004 Looksee Lane | | Austin | TX | 78744 |
| Waycaster, Jessica Roberts | 2019 Comer Road | | Comer | GA | 30629 |
| Weidner, Samantha | 596 E Mill St | | Port Allegany | PA | 16743 |
| Wells, Jonathan William | 8001 S Interstate 35 | Apartment 1834 | Austin | TX | 78744 |
| Wessels, Carrie | 4801 Glenwood Avenue | #200 | Raleigh | NC | 27612 |
| Whisenant, Brittany Shetley | 1101 Valley Drive | | Attalla | AL | 35954 |
| White, Towanda Renee | 12800 Harrisglenn Dr. Apt 116 | | Austin | TX | 78753 |
| Whitehorne, Angel L | 5550 Holly View Drive | #110 | Houston | TX | 77091 |
| Whiteside, Samantha Leigh | 11006 S Sycamore St | | Jenks | OK | 74037 |

Case 23-11128-CTG    Doc 2    Filed 08/09/23    Page 14 of 14



# Creditor Matrix

| Name | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|
| Whitley, Stacy | 338 J M Tatum Industrial Drive | | Hattiesburg | MS | 39401 |
| Wiener, Joseph Michael | 62 Cooper Square, Apt 4B | | New York | NY | 10003 |
| Wilson, Shelby Nicole | 6819 Chicoma St | | Spring | TX | 77379 |
| Winkelman, Katie Jo | 3024 Rabbits Tail Dr | | Leander | TX | 78641 |
| Woo, Elaine Jennifer | 1587 18th Avenue | | San Francisco | CA | 94122 |
| Wood, Emily Parker | 501 E Stassney Ln Apt726 | | Austin | TX | 78745 |
| Wordlaw, Tinisha | 112 Creekside Drive | | Dalton | GA | 30720 |
| Worsham, Sheena Lazell | 10008 Deer Chase Trl | | Austin | TX | 78747 |
| Wright, Marjorie | 426 South 74th Place | | Mesa | AZ | 85208 |
| Yencharis, Sharon | 1305 Buena Vista Ave | | Pacific Grove | CA | 93950 |
| Young, Cassaundra Marie | 816 N Oakland St | Apt 311 | Arlington | VA | 22203 |
| Young, David Brian | 677 North Willow Road | | Elmhurst | IL | 60126 |
| Yu, Wei | 11608 Spicewood Pkwy | Unit 27 | Austin | TX | 78750 |
| Zahren-Lowery, Tammy Sue | 4312 Northwest 57th Terrace | | Kansas City | MO | 64151 |
| Zdon, Jennifer | 183 Race Hill Road | | Madison | CT | 06443 |
| Zonde, Tariro Tashin | 1910 Walnut Hills Lane | | Mansfield | TX | 76063 |

In re: Babylon Health, Inc.    Page 12 of 12